**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

LILIA SMITH-MEGOTE,

    Plaintiff,

v.

CRAIG HOSPITAL, a Colorado not-for-profit corporation,

    Defendant.

## COMPLAINT

Plaintiff Lilia Smith ("Smith" or "Plaintiff") states the following Complaint against Defendant Craig Hospital, a Colorado not-for-profit corporation, ("Craig Hospital" or "Defendant").

### NATURE OF ACTION

This is an action to recover damages for wrongful termination of employment. Smith was employed by Defendant for nineteen (19) years when she was wrongfully terminated for utilizing her rights under the Family Medical Leave Act, 29 U.S.C. §§2615(a)(1), 2617(a); 29 C.F.R. § 825.220 ("FMLA").

### ALLEGATIONS OF FACT

1. Plaintiff is an individual citizen of Colorado, residing in the County of Arapahoe.

2. Defendant is a Colorado not-for-profit corporation.

3. Smith was employed by Defendant during all relevant time periods. The HR Director was Stacy Able and the HR Representative was Diane Baird.

4. Smith began working for the Defendant in 1997. She was a Registered Nurse.

5. On July 15, 2015, Smith requested FMLA leave to care for her ailing mother.

6. Smith originally requested for her leave to start on July 17, 2015, but postponed her leave until on or about July 24, 2015, through approximately September 14, 2015. Smith's leave was granted.

7. Smith's mother was located in the Philippines. Smith flew to the Philippines.

8. On August 9, 2015, Smith's mother passed away.

9. Smith was distraught about her mother and was grieving. Smith had trouble sleeping, cried a lot and was visibly depressed.

10. A few days after her mother's passing, Smith traveled to Spain to grieve with her sister. Smith's sister was hospitalized due to a breakdown attributed to the death of their mother. Smith did not communicate this to Defendant until after her return because she was depressed and grieving.

11. On September 1, 2015, Smith returned to the United States. She asked to go back to work before the end of her leave that was approved until September 14, 2015, because she felt this would help her in the grieving process.

12. Smith's ethnic and religious background is obvious. In the Philippines, it is their practice to go through an extensive grieving and burial process. Smith was denied this practice by Defendant.

13. Smith was allowed to return to work and worked six twelve hour shifts in a two week period.

14. Defendant told Smith that she should have returned to work the day after her mother had passed away. Defendant terminated Smith for not returning to work the day after Smith's mother died.

15. On September 17, 2015, Smith was terminated in retaliation for using FMLA.

## FIRST CAUSE OF ACTION
(Family Medical Leave Act Retaliation)

12. Smith incorporates her prior allegations as if fully set forth herein.

13. Defendant interfered and retaliated against Smith when she utilized her rights to FMLA. This is in violation of 29 U.S.C. §§2615(a)(1), 2617(a); 29 C.F.R. § 825.220.

14. Smith's termination was attributable to her having filed a claim for the Family Medical Leave Act ("FMLA"). This is in violation of 29 U.S.C. §§2615(a)(2) and 2617(a); 29 C.F.R. § 825.220.

15. Defendant's activities are in violation of 29 U.S.C. §§2601-2654; 29 U.S.C. § 2612(a)(1).

16. The actions of Defendant were willful and wanton, and/or were done with malice or with reckless indifference to Smith's protected rights.

17. As a result of the actions of Defendant, Smith suffered damages.

PLAINTIFF REQUESTS TRIAL BY JURY.

WHEREFORE, Plaintiff Lilia Smith respectfully requests that this Court enter judgment in her favor and against Defendant Craig Hospital and award her damages for lost back pay, front pay and future benefits, personal humiliation, severe emotional pain, inconvenience, mental anguish, future pecuniary loss and loss of enjoyment of life; costs, interest and expert fees; and such other and future relief as this Court deems proper.

Dated this 22nd day of January, 2016.

BACHUS & SCHANKER, LLC

*s/ Sara A. Green*

———————————————
Sara A. Green
1899 Wynkoop Street, Suite 700

Denver, CO 80202
303-893-9800

4