IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-CV-00168-RBJ-NYW

**LILIA SMITH-MEGOTE**,

Plaintiff

v.

**CRAIG HOSPITAL, a Colorado not-for-profit corporation,**

Defendant.

## AFFIDAVIT OF SERVICE

I declare under oath that I am 18 years or older and not a party to the action and that I served **SUMMONS IN A CIVIL ACTION, COMPLAINT,** and **INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION PURSUANT TO 28 U.S.C. § 636(c), FED. R. CIV. P. 73, AND D.C. COLO.LCIVR 72.2** on the Defendant in **ARAPAHOE COUNTY, COLORADO** on **1/25/2016** at **10:01 AM** at the following location: **3425 SOUTH CLARKSON ST., ENGLEWOOD, CO 80113**.

By leaving the documents with **DARLENE POPLAWSKI**, who as **EXECUTIVE ASSISTANT TO NURSE ADMINISTRATION** is authorized by appointment or by law to receive service of process for **JULIE J. KEEGAN** who as **REGISTERED AGENT** is authorized by appointment or by law to receive service of process for the Defendant.

**I have charged the following fees for my services in this matter:**

☒ Private process server

☐ Sheriff, _____ County

Fee $ _____   Mileage $ _____

## VERIFICATION AND ACKNOWLEDGMENT

I, **JAKE BARBER**, swear/affirm under oath, and under penalty of perjury, that I have read the foregoing *AFFIDAVIT OF SERVICE* and that the statements set forth therein are true and correct to the best of my knowledge.

_____
Signature

Subscribed and affirmed, or sworn to before me in the County of ____Adams____, State of ____Colorado____, this __26__ day of __January__, 20_16_. My Commission Expires: __06/12/2017__

_____
Notary Public

ERIC T. HAMILTON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #20094016541
My Commission Expires June 12, 2017