**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00168 RBJ-NYW

LILIA SMITH-MEGOTE,

Plaintiff

v.

CRAIG HOSPITAL,

Defendant

---

**DEFENDANT'S MOTION TO ATTEND SETTLEMENT CONFERENCE**
**BY TELEPHONE**

---

Defendant Craig Hospital, by and through its attorneys Fisher & Phillips LLP, moves to allow the representative of the insurance carrier providing coverage in this case to attend by telephone the Settlement Conference scheduled in this case and in support of its motion states:

1. Craig Hospital has an insurance policy through Allied World Insurance Company which provides employment practices liability insurance coverage.

2. The representative of Allied assigned to this matter, Ms. Cassandra Lim, offices and lives in Connecticut. The time and expense to travel to Denver to appear in person at a settlement conference is significant. Ms. Lim will spend approximately two days traveling to, attending and returning home after the Settlement Conference.

3. When the parties initially discussed requesting a settlement conference, Defendant agreed to jointly request a settlement conference with the understanding, prior to the Settlement Conference, Plaintiff would make a monetary settlement demand.

4. Defendant made multiple requests to Plaintiff to provide a settlement demand. To date, Plaintiff has refused to make a monetary demand so that settlement discussions can begin. Defendant's counsel was told Plaintiff's response to the request for a monetary amount was Plaintiff will "pray for justice."

5. Even though Plaintiff refuses to make a settlement demand Defendant is not asking to vacate the Settlement Conference.

6. Although Defendant recognizes the importance of having decision makers present, based on Plaintiff's refusal to make a settlement demand, Defendant asserts it should not be required to incur the expense and time for Ms. Lim to travel to Denver to attend the Settlement Conference in person. Plaintiff faces no similar expenditures of time or money.

7. If allowed to attend by telephone, Ms. Lim will be available to interact with the Court for as much time as is needed at the Settlement Conference.

WHEREFORE, for the foregoing reasons, Defendant Craig Hospital requests that Ms. Casandra Lim be allowed to attend by telephone the Settlement Conference.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1A.

By his signature below, undersigned counsel certifies that he has in good faith conferred with Plaintiff's counsel who stated her client objects to the relief sought in this motion.

Respectfully submitted this 30th day of September, 2016.

FISHER & PHILLIPS LLP

*s/ Bruce Anderson*
Bruce Anderson
1801 California Street, Suite 2700
Denver, CO 80202
Telephone: (303) 218-3650
Facsimile: (303) 218-3651
banderson@laborlawyers.com

Attorneys for Defendant Craig Hospital

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2016, a true and correct copy of the foregoing **Defendant's Motion to Attend Settlement Conference by Telephone**, was filed via CM/ECF causing an electronic copy to be served on the following:

Sara A. Green
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, Colorado  80202

ATTORNEYS FOR PLAINTIFFS

*s/ Kimberly Hanson*
Kimberly Hanson
FOR FISHER & PHILLIPS LLP