**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

16-cv-00168-RBJ

LILIA SMITH-MEGOTE,

    Plaintiff,

v.

CRAIG HOSPITAL, a Colorado not-for-profit corporation,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER of Judge R. Brooke Jackson entered on January 17, 2017, [ECF No. 24] it is

    ORDERED that the defendants' motion for summary judgment [ECF No. 17] is GRANTED. It is

    FURTHER ORDERED that judgment is entered in favor of the defendant, CRAIG HOSPITAL, a Colorado not-for-profit corporation, and against the plaintiff, LILIA SMITH-MEGOTE.  It is

    FURTHER ORDERED that this civil action is dismissed with prejudice.  It is

    FURTHER ORDERED that the defendant is awarded reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLOLCivR 54.1.

Dated at Denver, Colorado this 17th day of January, 2017.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                    By:  s/   J. Dynes
                              J. Dynes
                              Deputy Clerk